**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| CARSON CEDRIC DOUGLAS, | : | Case No. 3:22-cv-196 |
| Petitioner, | : | |
| | : | |
| vs. | : | |
| | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Caroline H. Gentry |
| MONTGOMERY | : | |
| COUNTY SHERIFF, | : | |
| Respondent. | : | |

---

**REPORT AND RECOMMENDATION**

---

Petitioner filed a petition for a writ of habeas corpus. (*See* Doc. 1, 5). On August 3, 2022,

the Court issued a Deficiency Order requiring petitioner to either pay the $5.00 filing fee or file a

motion for leave to proceed without prepayment of fees within thirty (30) days. (Doc. 6). In

addition, petitioner was ordered to show cause in writing why this action should not be dismissed

without prejudice as premature on the ground that the petitioner has not exhausted his available

state court remedies, also within thirty (30) days. Petitioner was informed that "failure to respond

to this Order within the requisite 30-day period will result in the case being dismissed for want of

prosecution." (*Id.* at PageID 4).

To date, more than thirty days after the Court's August 3, 2022 Order, petitioner has

failed to comply with the Order of the Court.

"District courts have the inherent power to sua sponte dismiss civil actions for want of

prosecution to manage their own affairs so as to achieve the orderly and expeditious disposition

of cases." *Link v. Wabash* R.R., 370 U.S. 626, 630–631 (1962). Failure of a party to respond to

an order of the Court warrants invocation of the Court's inherent power in this federal habeas

corpus proceeding. *See* Fed. R. Civ. P. 41(b); *see also* Rule 11, Rules Governing Section 2254

Cases in the United States District Courts, 28 U.S.C. foll. § 2254.

Accordingly, this case should be dismissed for petitioner's failure to comply with the

Court's August 3, 2022 Order. *In re Alea*, 286 F.3d 378, 382 (6th Cir. 2002). It is therefore

**RECOMMENDED** that this matter be **DISMISSED** for lack of prosecution.

**IT IS SO RECOMMENDED.**


Date:   10/7/2022                                 */s/ Caroline H. Gentry*
                                                     Caroline H. Gentry
                                                     United States Magistrate Judge


## NOTICE REGARDING OBJECTIONS

Pursuant to Fed. R. Civ. P. 72(b), **WITHIN 14 DAYS** after being served with a copy of

the recommended disposition, a party may serve and file specific written objections to the

proposed findings and recommendations.    This period may be extended further by the Court on

timely motion for an extension.   Such objections shall specify the portions of the Report

objected to and shall be accompanied by a memorandum of law in support of the objections.   If

the Report and Recommendation is based in whole or in part upon matters occurring on the

record at an oral hearing, the objecting party shall promptly arrange for the transcription of the

record, or such portions of it as all parties may agree upon, or the Magistrate Judge deems

sufficient, unless the assigned District Judge otherwise directs.   A party may respond to another

party's objections **WITHIN 14 DAYS** after being served with a copy thereof.   Failure to make

objections in accordance with this procedure may forfeit rights on appeal.   *See Thomas v. Arn*,

474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).